UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| No. | CV 24-11176-MRA (AS) | Date | June 17, 2025 |
|---|---|---|---|
| Title | *Jacobo Chan v. Los Angeles Sheriff's Department, et al.* | | |

| Present: The Honorable | Alka Sagar, United States Magistrate Judge | |
|---|---|---|
| Alma Felix | | Not reported |
| Deputy Clerk | | Court Reporter / Recorder |
| Attorneys Present for Plaintiff: | | Attorneys Present for Defendants: |
| Not present | | Not present |

**Proceedings (In Chambers):**          **SECOND ORDER TO SHOW CAUSE RE LACK OF PROSECUTION**

On February 26, 2025, the Court issued an Order dismissing Plaintiff's Complaint with leave to amend and directing Plaintiff to file a First Amended Complaint if he wished to pursue this case. ("Order") (Dkt. No. 12). Plaintiff was ordered to file a First Amended Complaint within 30 days from the date of the Court's Order. (Id. at 8). Since the Order was issued on February 26, 2025, Plaintiff was required to file a First Amended Complaint no later than March 26, 2025. Plaintiff was "explicitly cautioned that failure to timely file a First Amended Complaint, . . . may result in a recommendation that this action, or portions thereof, be dismissed with prejudice for failure to prosecute and/or failure to comply with a court order. (Id. at 9).

On March 10, 2025, the Court's Order was returned to the Court as undeliverable. (Dkt. No. 14). On March 24, 2025, the Court's Order was re-sent to an address that Plaintiff had provided as his home address on a request for extension of time to pay the filing fee which Plaintiff had filed on February 18, 2025, (Dkt. No. 10), and this address was listed on the docket as Plaintiff's address of record. (Dkt. No. 15). Other Court orders that had been returned to the Court as undeliverable were also re-sent to Plaintiff's address of record. See Dkt. Nos. 18, 20.

On April 25, 2025, the Court issued an Order to Show Cause why this case should not be dismissed with prejudice for failure to prosecute, noting that Plaintiff had failed to file a First Amended Complaint, seek an extension of time to do so, or otherwise communicate with the Court. (Dkt. No. 21). Plaintiff was required to respond to the Order to Show Cause, in writing, no later than May 26, 2025. (Id.).

To date, Plaintiff has failed to respond to the Court's orders or file a First Amended Complaint. Accordingly, Plaintiff is again **ORDERED TO SHOW CAUSE, in writing, no later than July 1, 2025,**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| No. | CV 24-11176-MRA (AS) | Date | June 17, 2025 |
|---|---|---|---|
| Title | *Jacobo Chan v. Los Angeles Sheriff's Department, et al.* | | |

why this action should not be dismissed with prejudice for failure to prosecute and failure to comply with Court orders. This Order will be discharged upon the filing of a First Amended Complaint that complies with the February 26, 2025 Order dismissing Plaintiff's Complaint, (Dkt. No. 12), a copy of which is attached to this Order, or upon the filing of a declaration under penalty of perjury stating why Plaintiff is unable to file a First Amended Complaint.

If Plaintiff no longer wishes to pursue this action, he may request a voluntary dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1). A notice of dismissal form is attached for Plaintiff's convenience.

Plaintiff is once again warned that a failure to timely respond to this Order **will** result in a recommendation that this action be dismissed with prejudice under Federal Rule of Civil Procedure 41(b) for failure to prosecute and obey court orders.

**IT IS SO ORDERED.**

cc:    Monica Ramirez Almadani
       United States District Judge

|  | 0 | : | 00 |
|---|---|---|---|
| Initials of Preparer | | | |