UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| JACOBO CHAN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>LOS ANGELES SHERIFF'S DEPARTMENT, et. al.,<br><br>　　　　Defendants. | Case No. CV 24-11176-MRA (AS)<br><br>**ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMNEDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

　　Pursuant to 28 U.S.C. section 636, the Court has reviewed the Complaint, all of the records herein, and the Report and Recommendation of a United States Magistrate Judge to which no objections were filed.  Accordingly, the Court concurs with and accepts the findings and conclusions of the Magistrate Judge.

　　**IT IS ORDERED** that Plaintiff's Complaint is DISMISSED WITH PREJUDICE.

1 **IT IS FURTHER ORDERED** that the Clerk serve copies of this Order and the Magistrate Judge's Report and Recommendation on Plaintiff.

DATED: September 26, 2025

_____
MONICA RAMIREZ ALMADANI
UNITED STATES DISTRICT JUDGE