JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION**

|  |  |
|---|---|
| JACOBO CHAN, | Case No. CV 24-11176-MRA (AS) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| LOS ANGELES SHERIFF'S DEPARTMENT, et. al., | |
| Defendants. | |

Pursuant to the Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge, **IT IS ADJUDGED** that the above-captioned case is dismissed with prejudice.

DATED: September 26, 2025

_____
MONICA RAMIREZ ALMADANI
UNITED STATES DISTRICT JUDGE